UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MAURICIO BARRON VARGAS,**  Defendant. | **2:25-MJ-30545-DUTY**  HON. BERNARD A. FRIEDMAN  **ORDER AFFIRMING MAGISTRATE JUDGE'S DECISION REGARDING BOND** |

The Court having carefully considered the appeal of the Government concerning Magistrate Judge Kimberly G. Altman's decision to release the defendant on bond at a hearing on September 2, 2025, and after conducting a hearing in which counsel for the Government and Defendant presented arguments regarding the same;

IT IS HEREBY ORDERED, for the reasons set out in detail on the record at the hearing, upon consideration of the Report of Pretrial Services and all of the factors contained in 18 U.S.C. § 3142(g), that the evidence presented showed by a preponderance of the evidence that the conditions recommended by Pretrial Services are sufficient to reasonably assure the appearance of the Defendant as required.

Accordingly, the Government's appeal is DENIED, and the Magistrate Judge's decision to grant bond is HEREBY AFFIRMED.

2

This Court HEREBY ORDERS the same conditions of bond to CONTINUE.

**IT IS SO ORDERED.**

Dated: September 2, 2025    /s/Bernard A. Friedman
                            HON. BERNARD A. FRIEDMAN
                            UNITED STATES DISTRICT JUDGE